UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES LEE PAUL WARREN, ) | CASE NO. 25-05239-JJG-7 |
| ) | |
| ) | |
| DEBTOR ) | |

**DEBTOR'S REBUTTAL OF PRESUMPTION OF ABUSE**

Debtor, James Lee Paul Warren, by counsel, respectfully submits their Debtor's Rebuttal of Presumption of Abuse, and in support thereof, states:

1. Debtors' Current Monthly Income attributable to gross wages are $6,722.00, as reflected on line 2 of Form 122A-1.

2. Debtor was recently laid off by his employer.

3. Debtor, who is 63 years old, is now retired.

4. Once debtor's unemployment benefits expire within the next few weeks, the debtor's sole income source will be $2,038 monthly from Social Security, as reflected on Line 8e of Schedule I.

5. Excluding the debtor's income from his previous employer on the Current Monthly Income calculation removes the presumption of abuse, and Debtor remains eligible for relief under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the debtors ask the Court for an order stating that:

a) Pursuant to 11 U.S.C. 707(b)(2)(B), the debtors have special circumstances that justify adjustments of current monthly income.

b) Pursuant to 11 U.S.C. 707(b)(1), granting of relief would not be an abuse of the provisions of Chapter 7 of The Bankruptcy Code.

c) All other relief as may be appropriate.

        Respectfully Submitted,


        <u>/s/ *Hayden Ross Johnson*</u>
        Hayden Ross Johnson
        Saeed & Little, LLP
        Attorney No. 39417-29

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Debtor's Rebuttal of Presumption of Abuse was served upon the following parties via this Court's Electronic CM/ECF system on or before this 16th day of October 2025:

U.S. Trustee –
ustpregion10.in.ecf@usdoj.gov

Jenice Golson-Dunlap -
jgolsondunlap@gmail.com, trusteedunlap@aol.com, IN68@ecfcbis.com

*/s/ Hayden Ross Johnson*
Hayden Ross Johnson
Saeed & Little, LLP
8777 Purdue Road, Suite 106
Indianapolis, IN  46268
(317) 285-0745 - telephone
(317) 636-8686 - fax
ross@slbankruptcy.com